FELICE JOHN VITI, Acting United States Attorney (#7007)
PETER REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801-524-5682
Email: PeterR@utahcounty.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| In the matter of the application for authorization to search one (1) United States Postal Service (USPS) Priority Mail Express Parcel No. **ER202728772US,** more fully described in Attachment A | Case No. 2:25mj884 DBP<br><br>AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT<br><br>The Honorable Dustin B. Pead<br>United States Magistrate Judge |

## AFFIDAVIT

1. Your affiant, USPIS Task Force Officer Solomon Ettinger, is a POST certified and sworn peace officer in the state of Utah, since 2017. I am currently assigned as a Detective with the Utah County Major Crimes Task Force, and a Task Force Officer with the United States Postal Inspection Service. I specialize in narcotics investigations. Along with my POST certification, I successfully completed a Field Training Officer program and am a member of the SWAT team. I have experience investigating crimes such as Theft, Criminal Mischief, DUI, Fraud, Domestic Violence, and other Utah Criminal Code violations. I have training and experience in the identification of drugs as

1

  well as their methods of use and distribution. Your affiant has training and experience in identifying signs of impairment related to drugs and alcohol. I have experience in search warrants related to suspects using and/or distributing illegal substances and executing them as a member of the Provo Police Department and Utah County Major Crimes Task Force. As a result of my training and experience, I am familiar with methods employed by individuals engaged in various illegal activities, including production, transportation, distribution, and use of illegal substances.

2.  I am currently assigned to investigate a variety of federal violations to include controlled substances being transported via the United States Mails. As part of my duties as a Postal Inspector Task Force Officer, I investigate crimes involving the United States Mail including Title 18, United States Code, Sections 1716, Nonmailable Matter, 1956, Laundering of Monetary Instruments, and Title 21, United States Code, Sections 841(a)(1), Possession with Intent to Distribute a Controlled Substance, and 843(b), Unlawful use of a Communications Facility to Facilitate the Distribution of a Controlled Substance.

3.  The facts and information contained in this affidavit reflect either my personal knowledge and experience, or the knowledge and experience of other law enforcement officers and postal employees. Since this affidavit is being submitted for the limited purpose of securing a search warrant from the court, I have not included each and every fact known to me concerning this

2

investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the search warrant.

4. Based on my training and experience, I am aware that the United States Postal Service mail system is frequently used to transport illicitly used drugs, including controlled substances and money associated with drug trafficking and other illicit activities, to areas throughout the United States. I also know that many subjects prefer mail/delivery services such as Priority Mail and Priority Mail Express because of the reliability and the ability to track the article's progress to the intended delivery point.

5. Based on my training and experience regarding the use of Priority Mail, I am aware it was created as a less expensive choice than Express Mail overnight delivery, but designed to provide a quicker, more reliable service than standard First-Class Mail. Although a customer mailing an article via Express Mail expects next day service, when they mail an article via Priority Mail the Postal Service provides 2–3-day delivery.

6. Based on my training and experience regarding the use of Priority Mail for the transportation of controlled substances through the U.S. Mail, I know these types of mailings often bear the following characteristics:

 a. They often contain handwritten address information and are being mailed from one individual to another;

 b. They are often paid for using cash to avoid detection by law enforcement;

    c. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for the proceeds from the sales of controlled substances, having been mailed to an area known to be a destination area for the proceeds from the sales of controlled substances.

    d. They often contain heavily taped around every seam to avoid detection by a drug detecting K-9.

7. Based on my training and experience, I know drug traffickers will often use fictitious or incomplete names and/or addresses in an attempt to conceal their identity from law enforcement. Address verifications are conducted and the return addresses listed on the articles are often either fictitious or sender names are not associated with the address.

8. Articles found to bear the characteristics described above are further investigated by inspectors.

9. This affidavit is made in support of an application for a search warrant on (1) United States Postal Service Priority Mail Express parcel (hereinafter referred to as **SUBJECT PARCEL**). The **SUBJECT PARCEL** is believed to contain illicit drugs as part of a drug trafficking scheme. The **SUBJECT PARCEL** is described as follows:

      The **SUBJECT PARCEL** is a United States Postal Service Priority Mail Express Parcel Tracking No. **ER202728772US**, addressed to "Sherry Zorn, 520 35th St, Ogden, UT 84403", with a return address of "Doug Bryant, 7558 Pasito Ave, Rancho Cucamonga, CA 91739", shipped September 22, 2025, via the United States Postal Service (USPS) weighing 2 lbs. 4 oz, with postage affixed in the amount of $49.15.

## BACKGROUND INVESTIGATION

10. On September 22, 2025, I was conducting e-interdiction activities of parcels inbound to the State of Utah utilizing USPS business records. I located the **SUBJECT PARCEL** destined for 520 35th St, Ogden, UT 84403, and noted that the parcel contained the characteristics outlined in paragraph six.

11. On September 23, 2025, the **SUBJECT PARCEL** arrived at the USPS Processing and Distribution Center located in Salt Lake City, Utah, for sorting.

12. A review of the **SUBJECT PARCEL** revealed it met all the characteristics described in Paragraph No. 6 including a handwritten label, heavily taped seams, paid for using cash, mailed from one individual to another, and mailed from a known narcotic source mailing location.

13. The recipient address of "Sherry Zorn, 520 35th St, Ogden, UT 84403", was queried via CLEAR, a database accessible to law enforcement officers, and the results indicated the address is a valid delivery address however "Sherry Zorn" does not associate with the address. Furthermore, there is no one by the name of Sherry Zorn listed as living or registered in the entire State of Utah.

14. The sender address of "Doug Bryant, 7558 Pasito Ave, Rancho Cucamonga, CA 91739" was queried via CLEAR, a database accessible to law enforcement officers, and the results indicated the address is a valid delivery address however "Doug Bryant" does not associate with the address. Furthermore, the listed zip code of 91739 is incorrect, and should be listed properly as 91730.

15. I know from my training and experience as a narcotics detective and USPS Postal Inspector TFO that the utilization of false names and addresses are common with those involved in drug trafficking through the mail. This tactic is used to further distance the senders and receivers from the contents of the parcels, and thwart law enforcement investigations.

16. On September 23, 2025, West Valley City Police Department Officer Allen utilized his narcotics trained canine Timber to sniff the **SUBJECT PARCEL**. At the time, the **SUBJECT PARCEL** was in the USPIS Salt Lake City Domicile. The **SUBJECT PARCEL** was placed in a line among three USPS control parcels. Officer Allen was not made aware of which parcel was the **SUBJECT PARCEL**. Officer Allen led Timber to the area where the **SUBJECT PARCEL** and three control parcels were located. When Timber arrived at the **SUBJECT PARCEL,** Officer Allen relayed to me that Timber showed a positive alert on the **SUBJECT PARCEL** and also an indication to the presence of the odor of illegal narcotics.

17. Officer Allen is a certified Peace Officer in the State of Utah, and recertified through POST with canine Timber in November 2024. Timber is certified in

6

detecting the presence of methamphetamine, heroin, cocaine, psilocybin, and marijuana.

18. Based on the aforementioned facts, your Affiant believes there is probable cause to believe that the **SUBJECT PARCEL** described in paragraph No. 9 contains controlled substances and/or proceeds from the trafficking of controlled substances, or other illegal activities that involve the movement of drugs, constituting evidence of violations of Title 18, United States Code, Section 1716, Nonmailable Matter, Title 21, United States Code, Sections 841(a)(1), Possession with Intent to Distribute a Controlled Substance, 843(b), Unlawful use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

*/s/ Solomon Ettinger*
Solomon G. Ettinger
United States Postal Inspection Service
Task Force Officer

The affiant appeared before me by video conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and application on this 23rd day of September 2025.

_____
The Honorable Dustin B. Pead
United States Magistrate Judge
District of Utah

## Attachment A

The **SUBJECT PARCEL** is a United States Postal Service Priority Mail Express Parcel Tracking No. **ER202728772US**, addressed to "Sherry Zorn, 520 35th St, Ogden, UT 84403", with a return address of "Doug Bryant, 7558 Pasito Ave, Rancho Cucamonga, CA 91739", shipped September 22, 2025, via the United States Postal Service (USPS) weighing 2 lbs. 4 oz, with postage affixed in the amount of $49.15

The **SUBJECT PARCEL** is being held at the United States Postal Inspection Service (USPIS) Salt Lake City, Utah Domicile, and has been held at the USPIS Salt Lake City, Utah Domicile since September 23, 2025.

**SUBJECT PARCEL Image:**



**Attachment B**

ITEMS TO BE SEIZED

A United States Postal Service Priority Mail Express Parcel Tracking No. **ER202728772US**, addressed to "Sherry Zorn, 520 35th St, Ogden, UT 84403", with a return address of "Doug Bryant, 7558 Pasito Ave, Rancho Cucamonga, CA 91739", and its contents, to include controlled substances and/or proceeds from the trafficking of controlled substances, or any documents or items showing names and addresses or persons from whom or to whom the package was sent and/or any items of contraband, constituting evidence of violations of Title 18, United States Code, Section 1716 - Nonmailable Matter, Title 21, United States Code, Sections 841(a)(1) - Possession with Intent to Distribute a Controlled Substance, and 843(b) - Unlawful use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.